# IN THE UNITED STATES DISTRICT COURT
# FOR SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **HAILO TECHNOLOGIES, LLC,** | |
| **Plaintiff,** | **Case No. 4:17-cv-00077** |
| v. | |
| **MTDATA, LLC,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## PLAINTIFF HAILO TECHNOLOGIES, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Plaintiff Hailo Technologies, LLC by and through its undersigned counsel, files its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a) as follows:

1. Red Dragon Innovations, LLC owns Hailo Technologies, LLC.

2. No publicly held corporation owns 10% or more of the stock of Hailo Technologies, LLC.

Dated: January 11, 2017            Respectfully submitted,

*/s/ Todd Y. Brandt*
Todd Y. Brandt
TX SB # 24027051
BRANDT LAW FIRM
222 North Fredonia St
Longview, Texas 75601
Telephone: (903) 212-3130
Facsimile: (903) 753–6761
tbrandt@thebrandtlawfirm.com

***Attorneys for Locality Leap, LLC***