IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **HAILO TECHNOLOGIES, LLC,** | |
| **Plaintiff,** | |
| v. | Civil Case No. 4:17-CV-00077 |
| **MTDATA, LLC,** | |
| **Defendant.** | |

### ORDER

After considering Defendant MtData, LLC's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, any response, reply, and all other evidence on file, the Court is of the opinion that Defendant's Motion should be in all things **GRANTED**. It is therefore **ORDERED** that this action be **DISMISSED**.

SIGNED this ____ day of _____, 2017.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE