**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **HAILO TECHNOLOGIES, LLC,**<br><br>            **Plaintiff,**<br>**v.**<br><br>**MTDATA, LLC,**<br>            **Defendant.** | **Case No. 4:17-cv-077**<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE OF WRITTEN STATUS REPORT**

Pursuant to this Court's September 7, 2017 Order Staying Case, and this Court's January 17, 2018 Order maintaining the stay, Plaintiff Hailo Technologies, LLC, and Defendant MtData, LLC (collectively, the "Parties"), hereby jointly submit this Written Status Report. (*See* Dkt. # 55).

Plaintiff received a Final Office Action on May 18, 2018, and Plaintiff filed a response on July 13, 2018, therefore prosecution of the patent remains pending and a further stay of ninety days is reasonable.

Additionally, the USPTO proceedings have not reached their completion, and thus the Stay should remain in place until the ex parte reexamination is concluded. The Parties will provide a Status Report within Ninety days or sooner if the USPTO proceedings reach a completion.

 DATED:  July 16, 2018            Respectfully submitted,

                                                                */s/ Todd Y. Brandt*
                                                                Todd Y. Brandt
                                                                TX SB # 24027051
                                                                BRANDT LAW FIRM
                                                                222 North Fredonia St
                                                                Longview, Texas 75601
                                                                Telephone: (903) 212-3130
                                                                Facsimile: (903) 753–6761
                                                                tbrandt@thebrandtlawfirm.com
                                                                ***Attorneys for Hailo Technologies, LLC***

1

/s/ Lawrence A. Waks
Lawrence A. Waks
lawrence.waks@wilsonelser.com
Marty Ready
Marty.Ready@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker, LLP
901 Main St., Suite 4800
Dallas, TX 75202-3758
Fax: 214-698-1101

**Attorneys for MtData, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 16th day of July, 2018, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Todd Y. Brandt
Todd Y. Brandt