United States District Court
Southern District of Texas
**ENTERED**
November 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HAILO TECHNOLOGIES, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Case No. 4:17-CV-00077 |
| § | |
| MTDATA, LLC, § | |
| § | |
| Defendant. § | |

### AGREED ORDER ON JOINT MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE, PURSUANT TO F.R.C.P. SECTION 41(A)(1)(A)(II)

On October 23, 2018, Plaintiff Hailo Technologies, LLC and Defendant MtData, LLC (collectively, the "Parties"), by and through their respective counsel of record, conferred and agreed to dismiss the above-captioned matter without prejudice. On November 1, 2018, the Parties filed a Joint Motion for Order of Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("Joint Motion").

Having considered the Parties Joint Motion and this Agreed Order, the Court finds that the Joint Motion to dismiss this matter without prejudice should be **GRANTED**.

It is therefore **ORDERED** that the above-captioned action between Plaintiff Hailo Technologies, LLC and Defendant MtData, LLC is dismissed without prejudice.

SIGNED this 5th day of November, 2018.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

4371431v.1